Louis Napthal, appellee, v. Republic Casualty Company, appellant. Gen. No. 27,823.

Suit on burglary insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May

9, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Mack, Garrett, Koepke & Lowes, for appellant. Charles E. Schiller, for appellee; James E. McGrath, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.